STATE OF NORTH CAROLINA  
COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE  
DISTRICT COURT DIVISION  
19 CVD 22659

ESSENDANT CO.,

Plaintiff

NOTICE OF FILING  
FOREIGN JUDGMENT

vs.

C. RAY KENNEDY AND CYNTHIA KENNEDY

Defendants

---

This Notice of Filing is made pursuant to the NCGS 1C-1701 and states the following:

1. The judgment creditor is Essendant Co. whose address is c/o Ackerman Law Firm, 3300 Shopton Road, Charlotte, NC 28217.

2. The attorney for Essendant Co. is C.O. (Ladd) Ackerman, Jr. whose address is 3300 Shopton Road, Charlotte, NC 28217.

3. The foreign judgment, originally entered in U.S. District Court for the Northern District of Illinois has been filed in the Office of the Clerk of Court for Mecklenburg County, North Carolina.

4. That the judgment attached hereto has been filed in the office of the Clerk of Court of Mecklenburg County, North Carolina; that the judgment debtor(s) have thirty (30) days from the date of the receipt of this notice to seek relief from the enforcement of the Judgment; and that if the Judgment is not satisfied and no such relief is sought within that thirty (30) days, the Judgment will be enforced in this State in the same manner as any judgment of this State.

November 11, 2019

C.O. (Ladd) Ackerman, Jr.  
ACKERMAN LAW FIRM, PA  
State Bar No. 11892  15752  
3300 Shopton Road  
Charlotte NC  28217  
704-522-7733  Fax 704-522-7733  
Lackerman@ackermanlawpa.com          L9315

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.



# UNITED STATES DISTRICT COURT
## Exemplification Certificate

# 18cv3420



**UNITED STATES DISTRICT COURT**
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                  Office of the Clerk

## EXEMPLIFICATION CERTIFICATE

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, and keeper of the records and seal therein, do hereby certify that the attached documents

ENTERED JUDGMENT. (mgh, ) (Entered: 09/27/2019)

are true copies of records of this Court.

In testimony whereof I sign my name an affix the seal of this Court, in this District at Chicago, Illinois

Thomas G. Bruton,
Clerk

_____
Signature

I, Judge Rebecca R. Pallmeyer, a Judicial Officer of this Court, certify that Thomas G. Bruton, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

On  10/23/2019

_____
Signature of Judicial Officer

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, and keeper of the records and seal certify that the Honorable Rebecca R. Pallmeyer named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify that the above signature to be that of the Judicial Officer. In testimony whereof I sign my name and affix the seal of this Court at Chicago in this State on 10/23/2019

Thomas G. Bruton,
Clerk

_____
Signature

Rev. 07/01/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Essendant Co.,

Plaintiff(s),

v.

American Product Distributors, Inc., C. Ray Kennedy, and Cynthia Kennedy,

Defendant(s).

Case No. 1:18-cv-03420
Judge Elaine E. Bucklo

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Essendant Co., and against defendant(s) American Product Distributors, Inc., C. Ray Kennedy, and Cynthia Kennedy in the amount of $1,980,912.36,

☒ plus $129,215.39 pre-judgment interest through September 27, 2019.
☐ does not include pre-judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was (check one):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Elaine E. Bucklo on a motion for summary judgment.

Date: 9/27/2019

Thomas G. Bruton, Clerk of Court

Maria G. Hernandez, Deputy Clerk

```
----------------------------------x
ESSENDANT CO.,                    :
                                  :   Index No.
                       Plaintiff, :
                                  :
            -against-             :
                                  :
AMERICAN PRODUCT DISTRIBUTION, INC.:
C. RAY KENNEDY and CYNTHIA KENNEDY,:
                                  :
                      Defendants. :
----------------------------------x
```

**AFFIDAVIT**

STATE OF __ILLINOIS__

COUNTY OF __COOK__

The undersigned, being duly sworn, deposes and says:

hereinafter called "claimant"; that the said claimant is:

   1. That he is the Sr. Credit Manager Strategic Accounts of the Plaintiff herein and as such, he is familiar with the matters involving the Defendant; that he is not a minor and is authorized to make the Affidavit.

   2. That the judgment entered in this matter on September 27, 2019 in the United States District Court for the Northern District of Illinois, is a final judgment, is unsatisfied in its entirety and the judgment is not further contested, that the total amount due on said judgment is $2,110,127.75 and interest is accruing at the rate of __9%__ from September 27, 2019 and the costs of this action.

This __15__ day of __October__, 2019.

By: _____
Title: Terry Waszak
      Sr, Credit Manager

_____
Notary Public

My commission expires __5/16/20__
(Seal)

MARY LOIS GUZZARDE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 16, 2020

newordten/clienta-h/essendant:legal4 11