UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br>CALVIN RAY KENNEDY a/k/a,<br>C. RAY KENNEDY and<br>CYNTHIA M. KENNEDY,<br><br>Debtors. | CASE NO. 20-30208<br>Chapter 13 |
| ESSENDANT CO.,<br><br>Plaintiff,<br><br>v.<br><br>CALVIN RAY KENNEDY a/k/a,<br>C. RAY KENNEDY and<br>CYNTHIA M. KENNEDY<br><br>Defendants. | ADVERSARY PROCEEDING<br>NO. 20-3055 |

**AFFIDAVIT OF SERVICE**

The undersigned affiant, being first duly sworn, deposes and says:

1.    She is the attorney of record for Essendant, Co. ("Plaintiff").

2.    On or about September 11, 2020, Burt & Cordes, PLLC deposited a Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Bankruptcy Case or Adversary Proceeding with the United States Postal Service, certified mail, return receipt requested, addressed to:

> Wilmington Savings Trust Society, FSB
> c/o William Walt Pettit
> Hutchens Law Firm, LLP
> 6230 Fairview Road, Suite 315
> Charlotte, North Carolina 28210

3.    On or about September 16, 2020, Counsel for Wilmington Savings Trust Society, FSB received the Subpoena as shown by the USPS Tracking Information sheet which is attached hereto as Exhibit A.

**BURT & CORDES, PLLC**

By: /s/ Stacy C. Cordes
    Stacy C. Cordes
    N.C. Bar Number 18122
    122 Cherokee Road, Suite 1
    Charlotte, North Carolina 28207
    Telephone: 704-332-3282
    Facsimile: 704-332-3324
    scordes@burtcordeslaw.com
    Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on the date specified below, I electronically filed the foregoing Affidavit of Service with the Clerk of Court using the CM/ECF system.

U.S. Bankruptcy Administrator

William Walt Pettit
Counsel for Wilmington Savings Trust Society, FSB

This the 28th day of September, 2020.

**BURT & CORDES, PLLC**

By: /s/ Stacy B. Cordes
    N.C. Bar Number 18122
    122 Cherokee Road, Suite 1
    Charlotte, North Carolina 28207
    Telephone:    704-332-3282
    Facsimile: 704-332-3324
    scordes@burtcordeslaw.com
    Counsel for Plaintiff

ALERT: STAY UPDATED ON POST OFFICE CLOSURES AND SERVICE IMPACTS DUE...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70192970000189990605

Remove ✕

Your item was delivered to an individual at the address at 2:07 pm on September 16, 2020 in CHARLOTTE, NC 28210.

## ✓ Delivered

September 16, 2020 at 2:07 pm
Delivered, Left with Individual
CHARLOTTE, NC 28210

Get Updates ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Information** ∨

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback