

FILED & JUDGMENT ENTERED
Steven T. Salata

January 27 2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br>CALVIN RAY KENNEDY a/k/a,<br>C. RAY KENNEDY and<br>CYNTHIA M. KENNEDY,<br><br>　　　　Debtors. | CASE NO. 20-30208<br>Chapter 13 |
| ESSENDANT CO.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALVIN RAY KENNEDY a/k/a,<br>C. RAY KENNEDY and<br>CYNTHIA M. KENNEDY<br><br>　　　　Defendants. | ADVERSARY PROCEEDING<br>NO. 20-3055 |

**CONSENT ORDER GRANTING MOTION TO AMEND INITIAL PRE-TRIAL ORDER**

THIS MATTER came on before the Court upon the Consent Motion to Amend Initial Pre-Trial Order filed by Essendant Co. ("Plaintiff") with the consent of Calvin Ray Kennedy a/k/a C. Ray Kennedy and Cynthia M. Kennedy (collectively, "Defendants"). After review of the motion and record, the Court hereby finds as follows:

1.　　The deadline for the Parties to complete all discovery in this action is extended through and including April 17, 2021.

2.    The deadline for the parties to file all dispositive motions and other pretrial motions is extended through and including May 2, 2021.

WE CONSENT:

| **CORDES LAW, PLLC** | **THE HENDERSON LAW FIRM, PLLC** |
|---|---|
| /s/ Stacy C. Cordes | /s/ James H. Henderson |
| Stacy C. Cordes | James H. Henderson |
| Meghan A. Van Vynckt | 2030 South Tryon Street, Suite 3H |
| 122 Cherokee Road, Suite 1 | Charlotte, North Carolina 28203 |
| Charlotte, North Carolina 28207 | Tel: 704-333-3444 |
| Tel: 704-332-3565 | Fax: 704-333-5003 |
| Facsimile: 704-332-3324 | E-mail: henderson@title11.com |
| E-mail: stacy@cordes-law.com | |
| E-mail: meghan@cordes-law.com | |

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court